**Dismissed and Opinion Filed June 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00156-CV

### CANDI WEEKS, Appellant
### V.
### TDS CONSTRUCTION AND MP CUSTOM FABRICATIONS, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05372**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Whitehill

The filing fee and clerk's record in this case are past due. By postcard dated February 16, 2016 we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. The same day, appellant filed an affidavit of inability to pay costs that was contested by the Dallas County District Clerk. The contest was sustained by order dated March 11, 2016. By letter dated May 20, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record. We cautioned appellant that failure to do so would result in the dismissal of this appeal

without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Bill Whitehill/
BILL WHITEHILL
160156F.P05                                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CANDI WEEKS, Appellant

No. 05-16-00156-CV      V.

TDS CONSTRUCTION AND MP
CUSTOM FABRICATIONS, Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-05372.
Opinion delivered by Justice Whitehill.
Justices Myers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees TDS CONSTRUCTION AND MP CUSTOM FABRICATIONS recover their costs of this appeal from appellant CANDI WEEKS.

Judgment entered June 30, 2016.